# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re LIPITOR ANTITRUST LITIGATION | MDL Docket No. 2332 |
| | Master Docket No. 3:12-cv-2389-PGS |
| This Document Relates To: *Walgreen* (No. 3:12-cv-4115-PGS) | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs Walgreen Co., The Kroger Co., Safeway Inc., Supervalu Inc. n/k/a United Natural Foods, Inc. and HEB Grocery Company L.P. n/k/a H-E-B L.P. hereby appeal to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion (ECF Doc. 1415) and Order (ECF Doc. 1416), dated June 6, 2024, granting summary judgment to Defendants Ranbaxy, Inc., Ranbaxy Pharmaceuticals, Inc. and Ranbaxy Laboratories, Limited on all of Plaintiffs' claims, and from all prior non-final orders of the Court subsumed therein.  Plaintiffs' claims against the remaining Defendants were previously voluntarily dismissed with prejudice pursuant to a settlement.  *See* ECF Docs. 1329, 1338.

Dated: July 1, 2024

                                     Respectfully submitted,

/s/ *Deborah S. Corbishley*
Deborah S. Corbishley
Scott E. Perwin (*pro hac vice*)
Lauren C. Ravkind (*pro hac vice*)
Anna T. Neill (*pro hac vice*)
KENNY NACHWALTER P.A.
Four Seasons Tower, Suite 1100
1441 Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
E-mail: sperwin@knpa.com
E-mail: lravkind@knpa.com
E-mail: aneill@knpa.com
Attorneys for *Walgreen* Plaintiffs

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was filed with the Clerk and served on all counsel of record this July 1, 2024 via the Court's CM/ECF system.

/s/ *Deborah S. Corbishley*
Deborah S. Corbishley